IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

**v.**                                          **No. CV 14-0322 RB/LAM**
                                                  **CR 13-1927 RB**

**GUSTAVO QUINTANA-RAMIREZ,**

      **Defendant/Movant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 8)* (hereinafter, "PF&RD"), filed on September 25, 2014. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.[1] The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 8)*, deny Defendant/Movant's § 2255 Motion [*Doc. 1*], and dismiss this case with prejudice.

    **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 8)* are **ADOPTED** by the Court.

    **IT IS FURTHER ORDERED** that Defendant/Movant's § 2255 Motion [*Doc. 1*] is **DENIED**.

---

[1] The Court notes that the PF&RD was returned to the Court with "Released Return to Sender" stamped on the envelope that was sent to the Court. [*Doc. 10*]. It thus appears that Defendant/Movant has failed to comply with the Court's local rule requiring all parties, including parties appearing *pro se*, to notify the Clerk in writing of any change in their mailing address. *See* D.N.M. LR-Civ. 83.6.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**